Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LUIS MANUEL RIVERA-LERIGET,<br><br>　　Defendant. | No. CR 19 – 203 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR VIDEO PLEA HEARING |

The Court having considered Defendant's motion for a video plea hearing, and, being fully advised, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED: A video plea hearing before this Court is set for **September 29, 2020 at 11:00 a.m.**

DATED this 23rd day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION FOR
VIDEO PLEA HEARING – 1

LAW OFFICES OF STEPHAN R. ILLA, P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142