# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-203RSM |
| Plaintiff, | ORDER |
| v. | |
| LUIS MANUEL RIVERA-LERIGET, | |
| Defendant. | |

The Court has considered Defendant's Request to proceed with sentencing via video hearing. Plaintiff United States of America ("the government") does not oppose the request. Mr. Rivera-Leriget's request also includes a waiver of in-person appearance. The court has reviewed the request, the record in this matter, the General Order currently in place and the applicable law. Being fully advised, the court grants the request to proceed with the sentencing hearing currently scheduled on May 27, 2021 at 10:00 AM via video teleconference.

Dated this 19th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER